| AO 10 Rev. 1/2014 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2013 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| KOMIVES, PAUL J. | U.S. DISTRICT COURT, E.D. MICH | 06/05/2014 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| FULL TIME MAGISTRATE JUDGE | ☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br>5b. ☐ Amended Report | 01/01/2013<br>to<br>12/31/2013 |

**7. Chambers or Office Address**

231 W. LAFAYETTE (ROOM 629)
THEODORE LEVIN U.S. COURTHOUSE
DETROIT, MI 48226

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. BOARD MEMBER | INTERNATIONAL INSTITUTE FOUNDATION |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| KOMIVES, PAUL J. | 06/05/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2013 | JOHN HANCOCK LIFE INSURANCE COMPANY |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| KOMIVES, PAUL J. | 06/05/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| KOMIVES, PAUL J. | 06/05/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Bank of America - Checking account | A | Interest | J | T | | | | | |
| 2. Dearborn Federal Credit Union - Savings account | A | Interest | J | T | | | | | |
| 3. Merrill Lynch - Money Market account | A | Dividend | J | T | Buy (add'l) | 12/31/13 | J | | |
| 4. NSTAR - Northeast Utilities | A | Dividend | K | T | | | | | |
| 5. General Electric | A | Dividend | J | T | Buy (add'l) | 01/28/13 | J | | reinvested dividends |
| 6. General Electric | A | Dividend | J | T | Buy (add'l) | 04/26/13 | J | | reinvested dividends |
| 7. General Electric | A | Dividend | J | T | Buy (add'l) | 07/26/13 | J | | reinvested dividends |
| 8. General Electric | A | Dividend | J | T | Buy (add'l) | 10/28/13 | J | | reinvested dividends |
| 9. Verizon Communications | A | Dividend | J | T | | | | | |
| 10. Lord Abbett Short Duration Income Fund | A | Dividend | K | T | Buy | 08/01/13 | J | | purchase securities |
| 11. Lord Abbett Short Duration Income Fund | A | Dividend | K | T | Buy (add'l) | 12/31/13 | J | | reinvested dividends |
| 12. Pimco Total Return Fund | A | Dividend | J | T | Open | 12/24/13 | J | | Tr fr ML 689-32313 line 25 |
| 13. Transamerica Multi Manager International | A | Dividend | J | T | Buy (add'l) | 12/31/13 | J | | reinvested dividends |
| 14. American Century Benham | A | Dividend | | | Sold | 08/06/13 | J | A | sale securities |
| 15. Aston/Tamro Small Cap | A | Dividend | J | T | Sold (part) | 04/04/13 | J | A | sale securities |
| 16. Aston/Tamro Small Cap | A | Dividend | J | T | Sold (part) | 08/06/13 | J | A | sale securities |
| 17. Davis New York Venture | B | Dividend | J | T | Sold (part) | 04/04/13 | J | A | sale securities |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| KOMIVES, PAUL J. | 06/05/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Davis New York Venture | B | Dividend | K | T | Buy (add'l) | 07/03/13 | J | | reinvested dividends |
| 19. Davis New York Venture | B | Dividend | K | T | Sold (part) | 08/06/13 | K | B | sale securities |
| 20. Invesco Energy Fund | A | Dividend | J | T | Sold (part) | 04/04/13 | J | A | sale securities |
| 21. Invesco Energy Fund | A | Dividend | J | T | Sold (part) | 08/06/13 | J | A | sale securities |
| 22. Janus Forty Fund | A | Dividend | J | T | Sold (part) | 04/04/13 | J | A | sale securities |
| 23. Janus Forty Fund | A | Dividend | K | T | Sold (part) | 08/06/13 | K | A | sale securities |
| 24. Merk Hard Currency Fund | A | Dividend | | | Sold | 08/06/13 | J | A | sale securities |
| 25. Pimco Total Return Fund | A | Dividend | J | T | Distributed (part) | 12/24/13 | J | | Tr ML ▩▩▩ line 12 |
| 26. Pimco Total Return Fund | A | Dividend | J | T | Sold (part) | 04/04/13 | J | A | sale securities |
| 27. Pimco Total Return Fund | B | Dividend | K | T | Sold (part) | 08/06/13 | J | B | sale securities |
| 28. Pimco Total Return Fund | A | Dividend | J | T | Buy | 08/09/13 | J | | purchase securities |
| 29. Pimco Total Return Fund | A | Dividend | J | T | Sold (part) | 10/15/13 | J | A | sale securities |
| 30. Pimco Total Return Fund | A | Dividend | J | T | Buy (add'l) | 12/31/13 | J | | reinvested dividends |
| 31. SPDR Gold Trust | A | Dividend | J | T | | | | | |
| 32. William Blair International | A | Dividend | J | T | Sold (part) | 04/04/13 | J | A | sale securities |
| 33. William Blair International | A | Dividend | K | T | Sold (part) | 08/06/13 | K | B | sale securities |
| 34. American Century Inflation Adj Bond | A | Dividend | J | T | Buy | 08/09/13 | J | | purchase securities |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. American Century Inflation Adj Bond | A | Dividend | J | T | Buy (add'l) | 10/01/13 | J | | purchase securities |
| 36. American Century Inflation Adj Bond | A | Dividend | J | T | Buy (add'l) | 12/31/13 | J | | reinvested dividends |
| 37. Blackrock Equity Dividend Fund | A | Dividend | J | T | Buy | 08/09/13 | J | | purchase securities |
| 38. Blackrock Equity Dividend Fund | A | Dividend | J | T | Buy (add'l) | 10/01/13 | J | | purchase securities |
| 39. Blackrock Equity Dividend Fund | A | Dividend | J | T | Sold (part) | 10/15/13 | J | A | sale securities |
| 40. Blackrock Equity Dividend Fund | A | Dividend | J | T | Buy (add'l) | 12/31/13 | J | | reinvested dividends |
| 41. Clearbridge Small Cap Growth Fund | A | Dividend | J | T | Buy | 08/09/13 | J | | purchase securities |
| 42. Clearbridge Small Cap Growth Fund | A | Dividend | J | T | Sold (part) | 10/15/13 | J | A | sale securities |
| 43. Clearbridge Small Cap Growth Fund | A | Dividend | J | T | Buy (add'l) | 12/13/13 | J | | reinvested dividends |
| 44. Dreyfus Appreciation Fund | A | Dividend | J | T | Buy | 08/09/13 | J | | purchase securities |
| 45. Dreyfus Appreciation Fund | A | Dividend | J | T | Buy (add'l) | 10/1/13 | J | | purchase securities |
| 46. Dreyfus Appreciation Fund | A | Dividend | J | T | Sold (part) | 10/15/13 | J | A | sale securities |
| 47. Eaton Vance Floating Rate Fund | A | Dividend | J | T | Buy | 08/09/13 | J | | purchase securities |
| 48. Eaton Vance Floating Rate Fund | A | Dividend | J | T | Buy (add'l) | 10/01/13 | J | | purchase securities |
| 49. Eaton Vance Floating Rate Fund | A | Dividend | J | T | Sold (part) | 10/15/13 | J | A | sale securities |
| 50. Eaton Vance Floating Rate Fund | A | Dividend | J | T | Buy (add'l) | 12/31/13 | J | | rinvested dividends |
| 51. Harbor International Fund | A | Dividend | J | T | Buy | 08/09/13 | J | | purchase securities |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| KOMIVES, PAUL J. | 06/05/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Harbor International Fund | A | Dividend | J | T | Buy (add'l) | 10/01/13 | J | | purchase securities |
| 53. Harbor International Fund | A | Dividend | J | T | Sold (part) | 10/15/13 | J | A | sale securities |
| 54. Harbor International Fund | A | Dividend | J | T | Buy (add'l) | 12/18/13 | J | | rinvested dividends |
| 55. Hartford Growth Opportunities Fund | A | Dividend | J | T | Buy | 08/09/13 | J | | purchase securities |
| 56. Hartford Growth Opportunities Fund | A | Dividend | J | T | Buy (add'l) | 10/01/13 | J | | purchase securities |
| 57. Hartford Growth Opportunities Fund | A | Dividend | J | T | Sold (part) | 10/15/13 | J | A | sale securities |
| 58. Hartford Growth Opportunities Fund | A | Dividend | J | T | Buy (add'l) | 12/19/13 | J | | reinvested dividends |
| 59. Ishares Russell 1000 Growth | A | Dividend | J | T | Buy | 08/09/13 | J | | purchase securities |
| 60. Ishares Russell 1000 Growth | A | Dividend | J | T | Buy (add'l) | 10/01/13 | J | | purchase securities |
| 61. Ishares Russell 1000 Growth | A | Dividend | J | T | Sold (part) | 10/15/13 | J | A | sale securities |
| 62. Ishares Russell 1000 Value | A | Dividend | J | T | Buy | 08/09/13 | J | | purchase securities |
| 63. Ishares Russell 1000 Value | A | Dividend | J | T | Buy (add'l) | 10/01/13 | J | | purchase securities |
| 64. Ishares Russell 1000 Value | A | Dividend | J | T | Sold (part) | 10/15/13 | J | A | sale securities |
| 65. John Hancock Classic Value Fund | A | Dividend | J | T | Buy | 08/09/13 | J | | purchase securities |
| 66. John Hancock Classic Value Fund | A | Dividend | J | T | Buy (add'l) | 10/01/13 | J | | purchase securities |
| 67. John Hancock Classic Value Fund | A | Dividend | J | T | Sold (part) | 10/15/13 | J | A | sale securities |
| 68. John Hancock Classic Value Fund | A | Dividend | J | T | Buy (add'l) | 12/18/13 | J | | reinvested dividends |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| KOMIVES, PAUL J. | 06/05/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. MFS Research International Fund | A | Dividend | J | T | Buy | 08/09/13 | J | | purchase securities |
| 70. MFA Research International Fund | A | Dividend | J | T | Sold (part) | 10/15/13 | J | A | sale securities |
| 71. MFS Research International Fund | A | Dividend | J | T | Buy (add'l) | 12/11/13 | J | | reinvested dividends |
| 72. MFS Value Fund | A | Dividend | J | T | Buy | 08/09/13 | J | | purchase securities |
| 73. MFS Value Fund | A | Dividend | J | T | Buy (add'l) | 10/01/13 | J | | purchase securities |
| 74. MFS Value Fund | A | Dividend | J | T | Sold (part) | 10/15/13 | J | A | sale securities |
| 75. MFS Value Fund | A | Dividend | J | T | Buy (add'l) | 12/31/13 | J | | reinvested dividends |
| 76. Pioneer Strategic Income Fund | A | Dividend | J | T | Buy | 08/09/13 | J | | purchase securities |
| 77. Pioneer Strategic Income Fund | A | Dividend | J | T | Buy (add'l) | 10/01/13 | J | | purchase securities |
| 78. Pioneer Strategic Income Fund | A | Dividend | J | T | Sold (part) | 10/15/13 | J | A | sale securities |
| 79. Pioneer Strategic Income Fund | A | Dividend | J | T | Buy (add'l) | 12/31/13 | J | | reinvested dividends |
| 80. TCW Selected Equities I Share | A | Dividend | J | T | Buy | 08/09/13 | J | | purchase securities |
| 81. TCW Selected Equities I Share | A | Dividend | J | T | Sold (part) | 10/15/13 | J | A | sale securities |
| 82. TCW Selected Equities I Share | A | Dividend | J | T | Buy (add'l) | 12/31/13 | J | | reinvested dividends |
| 83. TCW Total Return Bond Fund | A | Dividend | J | T | Buy | 08/09/13 | J | | purchase securities |
| 84. TCW Total Return Bond Fund | A | Dividend | J | T | Buy (add'l) | 10/01/13 | J | | purchase securities |
| 85. TCW Total Return Bond Fund | A | Dividend | J | T | Sold (part) | 10/15/13 | J | A | sale securities |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| KOMIVES, PAUL J. | 06/05/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. TCW Total Return Bond Fund | A | Dividend | J | T | Buy (add'l) | 12/31/13 | J | | reinvested dividends |
| 87. The Oakmark International Fund | A | Dividend | J | T | Buy | 08/09/13 | J | | purchase securities |
| 88. The Oakmark International Fund | A | Dividend | J | T | Buy (add'l) | 10/01/13 | J | | purchase securities |
| 89. The Oakmark International Fund | A | Dividend | J | T | Sold (part) | 10/15/13 | J | A | sale securities |
| 90. The Oakmark International Fund | A | Dividend | J | T | Buy (add'l) | 12/23/13 | J | | reinvested dividends |
| 91. Wellsfargo Adv Small Cap Value Fund | A | Dividend | J | T | Buy | 08/09/13 | J | | purchase securities |
| 92. Wellsfargo Adv Small Cap Value Fund | A | Dividend | J | T | Buy (add'l) | 10/01/13 | J | | purchase securities |
| 93. Wellsfargo Adv Small Cap Value Fund | A | Dividend | J | T | Buy (add'l) | 12/11/13 | J | | reinvested dividends |
| 94. Oppenheimer Commodity | A | Dividend | | | Buy | 04/04/13 | J | | purchase securities |
| 95. Oppenheimer Commodity | A | Dividend | | | Sold | 08/06/13 | J | A | sale securities |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| KOMIVES, PAUL J. | 06/05/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ PAUL J. KOMIVES**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544